## FERGUSON v. STATE.
### No. 26221.

Court of Criminal Appeals of Texas.
Jan. 28, 1953.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is the driving, while intoxicated, upon a public highway; the punishment, a fine of $50.

The record contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

*Opinion approved by the court.*